984

JUNE 1, 1954.

No. 471.   ROGERS *v.* UNITED STATES LINES.

*Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed.   MR. JUSTICE FRANKFURTER, MR. JUSTICE JACKSON, and MR. JUSTICE BURTON dissent, adhering to the views expressed in their dissent in *Alaska Steamship Co.* v. *Petterson,* 347 U. S. 396.   *Abraham E. Freedman, Charles Lakatos* and *William M. Alper* for petitioner. *Thomas E. Byrne, Jr.* and *Mark D. Alspach* for respondent.

No. 685.   LUCKENBACH STEAMSHIP CO., INC. *v.* UNITED STATES ET AL.

*Per Curiam:* The motion to affirm is granted and the judgment is affirmed.   *Roscoe H. Hupper, Odell Kominers, Henry G. Fischer* and *Mark P. Schlefer* for appellant. *Solicitor General Sobeloff* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission; *John J. O'Connor, William L. McGovern* and *Norman Diamond* for the Isbrandtsen Co., Inc.; *Robert L. Wright* for the New Haven Chamber of Commerce; and *E. Curtis Rouse* for the Richmond Terminal Co., appellees.

